**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**RODNEY McCAIN**                                                                                          **PLAINTIFF**

v.                                       No. 3:15-CV-00258-JTK

**CAROLYN W. COLVIN,**
Acting Commissioner,
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 13th day of April 2016.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE